

RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 3/11/11

## UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| **CHARLES A. TREECE** <br> **LA. DOC #349233** | **CIVIL ACTION NO. 3:10-cv-1739** |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **ATTORNEY GENERAL** <br> **BUDDY CALDWELL, ET AL.** | **MAGISTRATE JUDGE KAREN L. HAYES** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this Petition for Writ of *Habeas Corpus* be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted.

**IT IS FURTHER ORDERED** that, based on Petitioner Charles A. Treece's ("Treece") attempt to circumvent the three-strike provision of 28 U.S.C. §1915(g), Treece is barred from filing any civil action in this court, and from filing any civil action in any other court that is removable or transferable to this court, without first obtaining written permission from a United States District Judge. If Petitioner wishes to file any other pleadings in this case or to file a new civil action, he must file a motion for leave to file accompanied by the proposed pleading. Any such motion for leave should be filed as a miscellaneous case and submitted to a district judge for review.

**MONROE, LOUISIANA,** this \_\_11\_\_ day of \_\_March\_\_, 2011.

_____
**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**